IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00807-AP

JEFFREY A. MANZ,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Tracy Stewart | TROY A. EID |
| 123 College Avenue, Ste. 200 | United States Attorney |
| Fort Collins, Colorado 80524 | |
| Telephone: (970) 402-9584 | KEVIN TRASKOS |
| E-mail: tracy@stewart-law-offices.com | Deputy Chief, Civil Division |
| Attorney for Plaintiff | United States Attorney's Office |
| | District of Colorado |
| | 303-454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | STEPHANIE LYNN F. KILEY |
| | Special Assistant United States Attorney |
| | Office of the General Counsel, |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | Stephanie.Fishkin.Kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** April 18, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** April 24, 2008

**C. Date Answer and Administrative Record Were Filed:** June 23, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

## 8. BRIEFING SCHEDULE

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

**A. Plaintiffs Opening Brief Due:** September 12, 2008

**B. Defendant's Response Brief Due:** October 13, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** October 23, 2008

**9. STATEMENT REGARDING ORAL ARGUMENT**

    The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 14th day of July, 2008.

                                                  BY THE COURT:

                                                ***S/John L. Kane***

                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Tracy Stewart<br><br>Tracy Stewart<br>123 N. College Avenue, Ste. 200<br>Fort Collins, CO 80524<br>(907) 402-9584<br>E-mail: tracy@stewart-law-offices.com<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>By: s/Stephanie F. Kiley<br>    Stephanie F. Kiley<br>    Special Assistant United States Attorney<br>    1961 Stout Street, Suite 1001A<br>    Denver, Colorado 80294<br>    Telephone: (303) 844-0815<br>    Stephanie.Fishkin.Kiley@ssa.gov<br>    Attorneys for Defendant. |