IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00807-ZLW

JEFFREY A. MANZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    This matter was before the Court on February 18, 2009, for oral argument on Plaintiff's Social Security disability benefits appeal. The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

    ORDERED that this Court affirms the July 26, 2007, written decision of Administrative Law Judge Jon L. Lawritson. It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed. It is

FURTHER ORDERED that the parties shall pay their own costs and attorney's fees.

DATED at Denver, Colorado, this 18th day of February, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court